**O**

# United States District Court
# Central District of California

| | |
|---|---|
| KEVIN COX,<br><br>        Plaintiff,<br><br>   v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC; VOLKSWAGEN AKTIENGESELLSCHAFT; ; DOES 1–10, inclusive,<br><br>        Defendants. | Case № 2:16-cv-04242-ODW (SS)<br><br>**ORDER TO SHOW CAUSE RE: TRANSFER TO MULTIDISTRICT LITIGATION COURT, MDL NO. 2672** |

On December 8, 2015, the Judicial Panel on Multidistrict Litigation created MDL No. 2672, *In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*. The Panel's Transfer Order designated the Northern District of California as the transferee court and the Honorable Charles R. Breyer as the presiding judge for all related matters. *See* 15-MD-2672-CRB (JSC).

This Court now asks the parties if the case at bar involves such common questions of fact with the motions transferred to MDL No. 2672 that transfer to the MDL court in the Northern District of California is now appropriate. Alternatively, parties are to explain why, in the face of any commonalities between this action and

those under the MDL, this matter should remain before this Court.

Parties are to respond, in writing, to the above questions, including by joint stipulation, by June 30, 2016. A request by Defendant for the Judicial Panel to transfer the case at bar under Judicial Panel on Multidistrict Litigation Rule 7.1(a) will be considered a valid response to this Order.

All other dates and deadlines in this action **REMAIN** on calendar.

**IT IS SO ORDERED.**

June 16, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**